United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, | § § § |
| Plaintiff, | § § |
| v. | § CIVIL ACTION NO. 4:19-cv-838 |
| SCD MEMORIAL PLACE II, LLC, | § § § § |
| Defendant. | § |

# ORDER

Pending before the Court is the Memorandum and Recommendation of the United States Magistrate Judge (Doc. No. 42), the Plaintiff's objections to that ruling (Doc. No. 44), Defendant's Response to those objections (Doc. No. 46), Plaintiff's Reply (Doc. No. 48), and Defendant's Response to that Reply (Doc. No. 49). Having considered the objections and issues *de novo*, the Court hereby overrules the objections and adopts the Memorandum and Recommendation.

Therefore, the Memorandum and Recommendation of the Magistrate Judge (Doc. No. 42) is adopted and the Defendant's Motion for Summary Judgment (Doc. No. 29) is GRANTED, Plaintiff's Motion for Summary Judgment (Doc. No. 32) is DENIED, and Plaintiff's Request for declaratory relief is DENIED.

SIGNED at Houston, Texas this 17th day of July, 2020.

Andrew S. Hanen
United States District Judge

1